45  BUTZEL ET AL. vs. CIRCUIT JUDGE (Lenawee), No. 15691.

To vacate an order dismissing garnishment proceedings for failure to bring the same to a speedy trial, where judgment in the principal suit was rendered July 5, 1895, the motion to dismiss was heard June 13, 1896, and in the meantime two full terms of court had been allowed to pass.

Denied October 13, 1896, with costs.


46  ESLER vs. CIRCUIT JUDGE (Kent), No. 15271; 66 N. W., 485; 2 D. L. N., 945.

To vacate an order quashing garnishment proceedings instituted by a defendant upon a judgment obtained by him against a plaintiff.

Granted March 11, 1896, with costs against the garnishee defendant.


47  NEWLAND ET AL. vs. CIRCUIT JUDGE (Wayne), No. 11739, 85 M., 151.

To compel the dismissal of a writ of garnishment, where residents of Boston, Mass., had commenced an action in the Wayne Circuit Court against residents of New York, but no service was had upon the principal defendants.

Denied April 17, 1891, with costs.

Held, that How. Stat. Sec. 8087 covers a case where plaintiff is also a non-resident and points out the mode of procedure to acquire jurisdiction over the principal defendant, in order to subject the choses in action in the hands of the third party to payment of plaintiff's demand.